



Gift Cards | Registry & Lists | Weekly Ads | Store Finder | Track Orders | Credit

All | Search

Hello. Sign In
My Account
2

All Departments | Big Rollbacks & Clearance | My local store | Pick it up TODAY | Tips & Ideas | FREE Walmart Grocery pickup

TOMTOM SPORTS GET TOMTOM SPARK 3 GPS Fitness Watch Shop now

Nutrisystem Members' Favorites™ 1 day diet kit Find in the FREEZER aisle Get $3-Off Coupon New at Walmart

Showing 20 of 98 results

**Departments**

**Sports & Outdoors**
Camping
Canopies & Shelters
See all Departments

**Shipping & Pickup**
- Show all
- Ship to Home
- FREE Pickup

**Brand**
- Nature's Way
- Vitamin Discount Center
- Solaray
- Bluebonnet
- EasygoProducts
- Maxi
- NOW

See more brands

**Form**
- Capsules

**Gender**
- Unisex

**Category**
- Vitamins
- Herbs & Homeopathic

**Special Offers**
- Reduced Price

**Customer Rating**
- & Up

Refine | Price | Top brands | Store availability | Sort | Best match

**Climate Capsule** Sports Shelter
$84.00
Sold & Shipped by Above & Beyond Balloons, Inc.
**Free** shipping

Solaray - Passion Flower 350 mg. - 100 **Capsules**
$8.62
(1)
-Solaray Passion Flower Solaray Passion Flower is so named because the various elements of the flower have reminded - Passion flower is a climbing vine renowned for its beautiful white flowers with
Sold & Shipped by BuyVites
**Free** shipping

Nature's Way Saw Palmetto Berries - 180 **Capsules**
$15.78 List price $26.48
Save $10.70
Reduced Price
Nature's Way Saw Palmetto Berries - 180 **Capsules**
Sold & Shipped by AmericaRx Smart Shop
**Free** shipping

Tumeric Extract by Vitamin Discount Center - 120 **Capsules**
$21.99 List price $30.99
Save $9.00
Reduced Price
-Vitamin Discount Center-Anti Inflammatory
Sold & Shipped by Vitamin Discount Center, LLC
**Free** shipping

Oregano Oil Wild Mediterranean - 60 Vegetarian **Capsules**
$13.99 List price $14.99
Save $1.00
Reduced Price
(1)
-Vitamin Discount Center-Immune Support
Sold & Shipped by Vitamin Discount Center, LLC
**Free** shipping

$84.00

**Actual Color :**

Choose Actual Color ▼

Quantity: 1 ▼                    **Add to Cart**

Add to List    |    Add to Registry



About this item

Customer Reviews



**FREE shipping on $50+ orders**

### Climate Capsule Sports Shelter

 1 reviews



Item Recommendations

Policies & Plans

## About this item

**Important Made in USA Origin Disclaimer:** For certain items sold by Walmart on Walmart.com, the displayed country of origin information may not be accurate or consistent with manufacturer information. For updated, accurate country of origin data, it is recommended that you rely on product packaging or manufacturer information.

Climate Capsule Sports Shelter

### Specifications

| | |
|---|---|
| Manufacturer Part Number | **EGP-TENT-006-BLK** |
| Model | **EGP-TENT-006-BLK** |
| Brand | **EasygoProducts** |

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

Reviews

5 out of 5

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

see all 1 reviews

**Great product my wife loves it!**

 1/13/2017

by **LuvinLife**

This Climate Capsule is so cool. It is like I can control the weather instead of the weather controlling me. Got it for my wife but going to order another for myself. Highly recommend.



**Read all reviews** >

## Explore Related Products



### Policies & Plans

Gifting plans

Pricing policy

**Gifting plans**

Gift options are not available for this item.

Cart

**FREE shipping on $50+ orders**



*Can't be combined with other offers. Subject to credit approval. Savings paid as statement credit.

**Duncan, save up to $25!***

Open an account & save 10% (up to $25) on purchases today.

| Purchase amount | $84.00 |
|---|---|
| Credit on billing statement | $8.40 |
| Cost after statement credit | $75.60 |

Open Account ▸   Learn More ▸

Est. total
**$84.00**

[ Check Out ]

## Your cart: 1 item.



**Climate Capsule Sports Shelter**
Actual Color: Black
Sold by: Above & Beyond Balloons, Inc.

$84.00

Check out to see shipping and pickup options.

[ 1 ▾ ]   [ Save for later ]   ✕

| Subtotal (1 item) | $84.00 |
|---|---|
| Above & Beyond Balloons, Inc. shipping | FREE |
| Est. Taxes and fees<br>Based on 44114 Change | $0.00 |
| **Est. Total** | **$84.00** |

[ Check Out ]