

EasyGoProducts

# Climate Capsule Sports Shelter – The Weather Tent You Sit Under Sports Pod – Patent Pending

4 customer reviews

Price: **$79.00** & FREE Shipping

**In Stock.**

Get it as soon as Jan. 18 - 25 when you choose **Economy Shipping** at checkout.

Ships from and sold by EasyGo Products.

Color: **Blue**

| Gray $79.00 | Blue $79.00 | White $79.00 |
| Green $79.00 | Red $79.00 | |

- Patent pending windproof and water resistant collapsible sports shelter – sit under sports pod for protection from the weather tent
- Sports Tent – Soccer Shelter – Football Shelter – Single Person Pod
- Folding tent measures 18" round when folded. Transports easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.
- Enclosed outdoor canopy pod stands at 5 feet tall by 3 feet wide (square)
- 100% SATISFACTION GUARANTEED – We are so confident that you will like the Climate Capsule that if you return it within 30 days, we will give you a full refund on the product price. Try it, we know you will like it!

**New** (1) from $79.00 & FREE shipping.

Share

Qty: 1

**$79.00** + Free Shipping
In Stock. Sold by EasyGo Products

Add to Cart

Turn on 1-Click ordering for this browser

Ship to:
DEERFIELD, IL 60015

Add to List

Have one to sell?  Sell on Amazon

LiT COOLERS

**LiT** Keep your things Cooler Longer with LED lights

LiTCoolers Halo 32 Quart Series Cooler TS 400

Ad feedback



**Shopping for a Tent?**
Use our Tent Buying Guide to find the right one for your needs. ❯Learn more

## Customers Who Viewed This Item Also Viewed

Page 1 of 6



Under The Weather Sports Pod Pop-up Tent
19

Leapair Instant Pop-Up Privacy Tent
63

#1 Best Seller in Camping Privacy Shelters
$43.98

Directors Chair – Camping Chair – Folding Sports Chair with Side Table and Carry Handle
$69.99

GigaTent Pop Up Pod Changing Room
262
$25.84

EasyGo Shelter - Instant Easy Up Beach Umbrella Tent Sun Sport Shelter
286
$49.77

## Sponsored Products Related To This Item (What's this?)



| | | | | | |
|---|---|---|---|---|---|
| Electronic Insect Killer – Sleek, Safe & Effective Indoor/Covered Patio Solution to Eliminate | PestZilla&#8482; Robust UV Electronic Bug Zapper – 20 Watts, Large-area Protection - | American Outland BZ5004 Electronic Indoor Bug Zapper w/ High efficiency UV-A Lamp - | Solarmks MW-0104 Solar Bug Zapper ,with 4 LED UV Bulbs Cordless Security Outdoor | VENSMILE Indoor Fly Killer Mosquito Bug Zapper Electronic Insect Killer with UV Bulb UL | E F Z L |
| 216 | 86 | 8 | 40 | 28 | |
| $29.99 | $29.95 | $29.95 | $17.99 | $18.90 | $ |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Under The Weather Tents** - Info on **Under The Weather** Tents Get Results from 6 Search Engines! www.izito.us/Under+The+Weather+Tent

Ad feedback

## Special Offers and Product Promotions

Color: **Blue**

- Your cost could be **$29.00** instead of $79.00! Get a **$50.00** gift card instantly upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

## Technical Details

| | |
|---|---|
| Color | Blue |
| Package Height | 3 x 20.5 x 20.5 inches |
| Shipping Weight | 5.8 pounds |

## Product Description

Stay warm and dry by using your Climate Capsule sports shelter! Our sit under sports pod stays warmer than outside by your own generated body heat and the weather tent also keeps you protected from the rain and wind. The perfect sports tent to take along to all outdoor sporting events that occur during bad weather or even good weather! Soccer Shelter, Football Shelter, Surf Shelter, Hunting Tent – The perfect folding tent to take along to those rainy day games or for that event that is happening on a very windy day. This enclosed outdoor canopy tent has clear windows on three sides makes it easy to view all of the action while sitting in one of your favorite sports chairs. All Three windows open and close as well! Climate Capsule outdoor pop up canopy rain tent stands at 5 feet tall and 3 foot square allowing for use with a variety of styles of tent camping chairs. Climate Capsule has full pocket along the back wall and a pocket along each side wall to hold your personal items and, two drink holders located on the front wall. Remove shelter tent from carry bag and instantly pop up tent for use. Fold collapsible tent back up to carry and store. Folding tent measures 18" round when folded. Makes transportation easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.

## Product Details

**Shipping Information:** View shipping rates and policies
**ASIN:** B01M26TTU1
**Average Customer Review:** (4 customer reviews)
**Amazon Best Sellers Rank:** #16,765 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #15 in Sports & Outdoors > Outdoor Recreation > Camping & Hiking > Tents & Shelters > Camping Shelters > **Sun Shelters**
**Product Warranty:** For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)

Case: 1:17-cv-00039-MRB Doc #: 1-7 Filed: 01/13/17 Page: 3 of 35  PAGEID #: 51



Iweibao Portable Folded Pop Up Pod Changing Room Beach Shower Toilet Tent (yellow)
$31.99

Touz Double (2-Person) Parachute Lightweight Portable Nylon Fabric Travel Camping Hiking
45
$21.98

Cheetop Pop Up Pod Toilet Tent Privacy Shelter Tent Camping Shower Potable Outdoor
$46.99

XHSP Kids Child Pod Swing Chair Nook Tent Indoor Outdoor Hanging Seat Hammock,Pink
$49.99

Wenzel Klondike Tent - 8 Person
919
$170.72

$
Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

4

3.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 25% |

See all verified purchase reviews

Share your thoughts with other customers

[ Write a customer review ]

### Top Customer Reviews

Ad feedback

**We love love love this product**
By Suzanne Kelley on January 6, 2017

**Customer Images**

Color: Camo

We love love love this product!! It is perfect for outdoor weather!! My son loves to take it everywhere with him. I can't wait to take it to our track and soccer meets! A very great purchase!!



1 Comment      2 people found this helpful. Was this review helpful to you?   Yes    No    Report abuse

Search Customer Reviews

[                    ]   Search

**Great Concept**

By Amazon Customer on December 29, 2016

Color: Camo

The Climate Capsule is amazing. Took some practice to fold up but now it's easy. Everyone asks me about my Climate Bubble.

Comment      3 people found this helpful. Was this review helpful to you?   Yes    No    Report abuse

**Climate Capsule is a must have product for sports games**

By Amazon Junkie on January 8, 2017

Color: Black

I love my climate capsule. One of the best items I have ever purchased. Everyone asks me about it when I use it at my kids games.

Comment      One person found this helpful. Was this review helpful to you?   Yes    No    Report abuse

**I just received this as a gift from my grandson ...**

By stellapie52 on January 5, 2017

Color: Black

I just received this as a gift from my grandson. It was leaking water through the top and bottom. Now we cant fold it. I want to return it but cant put it back in the darn box!

3 Comments      Was this review helpful to you?   Yes    No    Report abuse

See all verified purchase reviews (newest first)

[ Write a customer review ]

   Quality and Value - 3 in 1 Hammock System        Camping Hammock - Parachute Nylon Deluxe Single With Ripstop - Includes 2-in-...
54
$85.00  $34.99    [ Add to Cart ]

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates

Case: 1:17-cv-00039-MRB Doc #: 1-7 Filed: 01/13/17 Page: 6 of 35  PAGEID #: 54



EasyGoProducts

# Climate Capsule Sports Shelter – The Weather Tent You Sit Under Sports Pod – Patent Pending

4 customer reviews

Price: **$79.00** | Fast, FREE Shipping with Amazon Prime

**Only 1 left in stock.**

**Want it tomorrow, Jan. 11?** Order within **6 hrs 2 mins** and choose **One-Day Shipping** at checkout. Details

Sold by EasyGo Products and Fulfilled by Amazon. Gift-wrap available.

Color: **Red**

| | | |
|---|---|---|
| $79.00 | $79.00 | $79.00 |
| $79.00 | $79.00 | |

- Patent pending windproof and water resistant collapsible sports shelter – sit under sports pod for protection from the weather tent
- Sports Tent – Soccer Shelter – Football Shelter – Single Person Pod
- Folding tent measures 18" round when folded. Transports easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.
- Enclosed outdoor canopy pod stands at 5 feet tall by 3 feet wide (square)
- 100% SATISFACTION GUARANTEED – We are so confident that you will like the Climate Capsule that if you return it within 30 days, we will give you a full refund on the product price. Try it, we know you will like it!

**New** (1) from $79.00 & FREE shipping. Details

**Shopping for a Tent?**
Use our Tent Buying Guide to find the right one for your needs. ❯Learn more

Share

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

Ship to:
DEERFIELD, IL 60015

Add to List

Have one to sell?   Sell on Amazon



LiT COOLERS

**LiT** Keep your things Cooler Longer with LED lights

**LiTCoolers Halo 32 Quart Series Cooler TS 400**

Ad feedback

## Customers Who Viewed This Item Also Viewed

Page 1 of 8



Under The Weather Sports Pod Pop-up Tent
19



Leapair Instant Pop-Up Privacy Tent
63


#1 Best Seller in Camping Privacy Shelters



Directors Chair – Camping Chair – Folding Sports Chair with Side Table and Carry Handle
$69.99



GigaTent Pop Up Pod Changing Room
262

$25.84

$43.98

## Sponsored Products Related To This Item (What's this?)



| Electronic Insect Killer – Sleek, Safe & Effective Indoor/Covered Patio Solution to Eliminate 216 | PestZilla&#8482; Robust UV Electronic Bug Zapper – 20 Watts, Large-area Protection - 86 | American Outland BZ5004 Electronic Indoor Bug Zapper w/ High efficiency UV-A Lamp - 8 | Solarmks MW-0104 Solar Bug Zapper ,with 4 LED UV Bulbs Cordless Security Outdoor 40 | VENSMILE Indoor Fly Killer Mosquito Bug Zapper Electronic Insect Killer with UV Bulb UL 28 | E P Z L |
|---|---|---|---|---|---|
| $29.99 | $29.95 | $29.95 | $17.99 | $18.90 | $ |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Pop Up Soccer Tents**    -   Your Source For E-Z Up w/ Team Logo 1-to-1 Design Help-Fast Turnaround!    www.buyshade.com/Soccer-Team-Tents

2. **Sports Shelters - Buy Coach Certified Gear**    -   Offers Wind, Rain & Sun Protection. Add Your Team or Sponsor's Logo!    www.anthem-**sports**.com/benches/bleachers

3. **Under The Weather - Outdoor**    -   The Original Spectator **Tent** For **Sports** Events    www.**under**the**weather**pods.com/

Ad feedback

## Special Offers and Product Promotions

Color: **Red**

- Get 0% Intro APR for 21 months on Balance Transfers and Purchases following approval for the **Citi Simplicity® Card**. After that, the variable APR will be 13.24%-23.24%, based on your creditworthiness. New cardmembers only. Card will arrive 5-7 business days after approval. See offer for details. Apply now.

## Technical Details

| Color | Red |
|---|---|
| Package Height | 2.75 x 20.25 x 20.5 inches |
| Shipping Weight | 5.85 pounds |

## Product Description

Stay warm and dry by using your Climate Capsule sports shelter! Our sit under sports pod stays warmer than outside by your own generated body heat and the weather tent also keeps you protected from the rain and wind. The perfect sports tent to take along to all outdoor sporting events that occur during bad weather or even good weather! Soccer Shelter, Football Shelter, Surf Shelter, Hunting Tent – The perfect folding tent to take along to those rainy day games or for that event that is happening on a very windy day. This enclosed outdoor canopy tent has clear windows on three sides makes it easy to view all of the action while sitting in one of your favorite sports chairs. All Three windows open and close as well! Climate Capsule outdoor pop up canopy rain tent stands at 5 feet tall and 3 foot square allowing for use with a variety of styles of tent camping chairs. Climate Capsule has full pocket along the back wall and a pocket along each side wall to hold your personal items and, two drink holders located on the front wall. Remove shelter tent from carry bag and instantly pop up tent for use. Fold collapsible tent back up to carry and store. Folding tent measures 18" round when folded. Makes transportation easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.

## Product Details

Color: **Red**

**Shipping Weight:** 5.8 pounds (View shipping rates and policies)

**ASIN:** B01M2ZII30

**Average Customer Review:**    4 customer reviews

**Amazon Best Sellers Rank:** #16,765 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
     #15 in Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Tents & Shelters › Camping Shelters › **Sun Shelters**

**Product Warranty:** For warranty information about this product, please **click here**

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates to the product page**?

## Sponsored Products Related To This Item (What's this?)



| | | | | |
|---|---|---|---|---|
| Iweibao Portable Folded Pop Up Pod Changing Room Beach Shower Toilet Tent (yellow) | Touz Double (2-Person) Parachute Lightweight Portable Nylon Fabric Travel Camping Hiking | Cheetop Pop Up Pod Toilet Tent Privacy Shelter Tent Camping Shower Potable Outdoor | XHSP Kids Child Pod Swing Chair Nook Tent Indoor Outdoor Hanging Seat Hammock,Pink | Wenzel Klondike Tent - 8 Person |
| $31.99 | 45 | $46.99 | $49.99 | 919 |
| | $21.98 | | | $170.72 |

Ad feedback

---

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

4

3.8 out of 5 stars

| | |
|---|---|
| 5 star | 75% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

See all verified purchase reviews

Share your thoughts with other customers

Write a customer review



Up to $2.50 off coupon
+ Up to 15% off
+ Free Shipping
with Subscribe & Save

SHOP NOW

Ad feedback

### Top Customer Reviews

**We love love love this product**
By Suzanne Kelley on January 6, 2017
Color: Camo
We love love love this product!! It is perfect for outdoor weather!! My son loves to take it everywhere with him. I can't wait to take it to our track and soccer meets! A very great purchase!!

**Customer Images**



**Search Customer Reviews**

[                    ] [Search]

1 Comment      2 people found this helpful. Was this review helpful to you?    [Yes] [No]    Report
abuse

### Great Concept
By Amazon Customer on December 29, 2016

Color: Camo

The Climate Capsule is amazing. Took some practice to fold up but now it's easy. Everyone asks me
about my Climate Bubble.

Comment      3 people found this helpful. Was this review helpful to you?    [Yes] [No]    Report abuse

### Climate Capsule is a must have product for sports games
By Amazon Junkie on January 8, 2017

Color: Black

I love my climate capsule. One of the best items I have ever purchased. Everyone asks me about it
when I use it at my kids games.

Comment      One person found this helpful. Was this review helpful to you?    [Yes] [No]    Report
abuse

### I just received this as a gift from my grandson ...
By stellapie52 on January 5, 2017

Color: Black

I just received this as a gift from my grandson. It was leaking water through the top and bottom. Now
we cant fold it. I want to return it but cant put it back in the darn box!

3 Comments      Was this review helpful to you?    [Yes] [No]    Report abuse

**See all verified purchase reviews (newest first)**

[Write a customer review]



Quality and Value - 3 in     Camping Hammock - Parachute Nylon
1 Hammock System             Deluxe Single With Ripstop - Includes 2-in-...
                                          54
                             $85.00 $34.99    [Add to Cart]

Ad feedback

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates





Try Prime | All | "under the weather"

Departments | Today's Deals | Gift Cards & Registry | Sell | Help | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

‹ Back to search results for ""under the weather""

EasyGoProducts

# Climate Capsule Sports Shelter – The Weather Tent You Sit Under Sports Pod – Patent Pending

4 customer reviews

Price: $79.00 & **FREE Shipping**

In Stock.

**Get it as soon as Jan. 18 - 25** when you choose **Economy Shipping** at checkout.

Ships from and sold by EasyGo Products.

Color: **Blue**

$79.00 | $79.00 | $79.00 | $79.00 | $79.00

- Patent pending windproof and water resistant collapsible sports shelter – sit under sports pod for protection from the weather tent
- Sports Tent – Soccer Shelter – Football Shelter – Single Person Pod
- Folding tent measures 18" round when folded. Transports easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.
- Enclosed outdoor canopy pod stands at 5 feet tall by 3 feet wide (square)
- 100% SATISFACTION GUARANTEED – We are so confident that you will like the Climate Capsule that if you return it within 30 days, we will give you a full refund on the product price. Try it, we know you will like it!

**New** (1) from $79.00 & FREE shipping.

Shopping for a Tent?
Use our Tent Buying Guide to find the right one for your needs. ›Learn more

Share

Qty: 1

**$79.00** + Free Shipping
In Stock. Sold by **EasyGo Products**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
DEERFIELD, IL 60015

Add to List

Have one to sell? Sell on Amazon

LIT COOLERS

*LiT Keep your things Cooler Longer with LED lights*

**LiTCoolers Halo 32 Quart Series Cooler TS 400**

Ad feedback

## Customers Who Viewed This Item Also Viewed

Page 1 of 6

Under The Weather Sports Pod Pop-up Tent
19

Leapair Instant Pop-Up Privacy Tent
63
#1 Best Seller in Camping Privacy Shelters
$43.98

Directors Chair – Camping Chair – Folding Sports Chair with Side Table and Carry Handle
$69.99

GigaTent Pop Up Pod Changing Room
262
$25.84

EasyGo Shelter - Instant Easy Up Beach Umbrella Tent Sun Sport Shelter
286
$49.77

**Sponsored Products Related To This Item** (What's this?)



| | | | | | |
|---|---|---|---|---|---|
| Electronic Insect Killer – Sleek, Safe & Effective Indoor/Covered Patio Solution to Eliminate 216 | PestZilla&#8482; Robust UV Electronic Bug Zapper – 20 Watts, Large-area Protection - 86 | American Outland BZ5004 Electronic Indoor Bug Zapper w/ High efficiency UV-A Lamp - 8 | Solarmks MW-0104 Solar Bug Zapper ,with 4 LED UV Bulbs Cordless Security Outdoor 40 | VENSMILE Indoor Fly Killer Mosquito Bug Zapper Electronic Insect Killer with UV Bulb UL 28 | E P Z L |
| $29.99 | $29.95 | $29.95 | $17.99 | $18.90 | $ |

Ad feedback

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

1. **Under The Weather** Tents     -   Info on **Under The Weather** Tents Get Results from 6 Search Engines!     www.izito.us/Under+The+Weather+Tent

Ad feedback

**Special Offers and Product Promotions**

Color: Blue

- Your cost could be **$29.00** instead of $79.00! Get a **$50.00** gift card instantly upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

**Technical Details**

| Color | Blue |
|---|---|
| Package Height | 3 x 20.5 x 20.5 inches |
| Shipping Weight | 5.8 pounds |

**Product Description**

Stay warm and dry by using your Climate Capsule sports shelter! Our sit under sports pod stays warmer than outside by your own generated body heat and the weather tent also keeps you protected from the rain and wind. The perfect sports tent to take along to all outdoor sporting events that occur during bad weather or even good weather! Soccer Shelter, Football Shelter, Surf Shelter, Hunting Tent – The perfect folding tent to take along to those rainy day games or for that event that is happening on a very windy day. This enclosed outdoor canopy tent has clear windows on three sides makes it easy to view all of the action while sitting in one of your favorite sports chairs. All Three windows open and close as well! Climate Capsule outdoor pop up canopy rain tent stands at 5 feet tall and 3 foot square allowing for use with a variety of styles of tent camping chairs. Climate Capsule has full pocket along the back wall and a pocket along each side wall to hold your personal items and, two drink holders located on the front wall. Remove shelter tent from carry bag and instantly pop up tent for use. Fold collapsible tent back up to carry and store. Folding tent measures 18" round when folded. Makes transportation easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.

**Product Details**

**Shipping Information:** View shipping rates and policies

**ASIN:** B01M26TTU1

**Average Customer Review:**     (4 customer reviews)

**Amazon Best Sellers Rank:** #16,765 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

#15 in Sports & Outdoors > Outdoor Recreation > Camping & Hiking > Tents & Shelters > Camping Shelters > **Sun Shelters**

**Product Warranty:** For warranty information about this product, please click here

**Sponsored Products Related To This Item** (What's this?)

Case: 1:17-cv-00039-MRB Doc #: 1-7 Filed: 01/13/17 Page: 13 of 35  PAGEID #: 61



Iweibao Portable Folded Pop Up Pod Changing Room Beach Shower Toilet Tent (yellow)
$31.99

Touz Double (2-Person) Parachute Lightweight Portable Nylon Fabric Travel Camping Hiking
45
$21.98

Cheetop Pop Up Pod Toilet Tent Privacy Shelter Tent Camping Shower Potable Outdoor
$46.99

XHSP Kids Child Pod Swing Chair Nook Tent Indoor Outdoor Hanging Seat Hammock,Pink
$49.99

Wenzel Klondike Tent - 8 Person
919
$170.72

C
U
T
T

$

Ad feedback



Ad feedback

## Customer Questions & Answers

See questions and answers

---

### Customer Reviews

4

3.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 25% |

Share your thoughts with other customers

Write a customer review

See all verified purchase reviews

### Top Customer Reviews

**We love love love this product**

By Suzanne Kelley on January 6, 2017

Ad feedback

**Customer Images**

Color: Camo

We love love love this product!! It is perfect for outdoor weather!! My son loves to take it everywhere with him. I can't wait to take it to our track and soccer meets! A very great purchase!!



1 Comment    2 people found this helpful. Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

**Search Customer Reviews**

[                    ] [ Search ]

### Great Concept
By Amazon Customer on December 29, 2016

Color: Camo

The Climate Capsule is amazing. Took some practice to fold up but now it's easy. Everyone asks me about my Climate Bubble.

Comment    3 people found this helpful. Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

### Climate Capsule is a must have product for sports games
By Amazon Junkie on January 8, 2017

Color: Black

I love my climate capsule. One of the best items I have ever purchased. Everyone asks me about it when I use it at my kids games.

Comment    One person found this helpful. Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

### I just received this as a gift from my grandson ...
By stellapie52 on January 5, 2017

Color: Black

I just received this as a gift from my grandson. It was leaking water through the top and bottom. Now we cant fold it. I want to return it but cant put it back in the darn box!

3 Comments    Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

**See all verified purchase reviews (newest first)**

[ Write a customer review ]


Quality and Value - 3 in 1 Hammock System


Camping Hammock - Parachute Nylon Deluxe Single With Ripstop - Includes 2-in-...
54
$85.00 $34.99    [ Add to Cart ]

Ad feedback

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates





Try Prime   All   "under the weather"

Departments   Today's Deals   Gift Cards & Registry   Sell   Help   Hello. Sign in Account & Lists   Orders   Try Prime   0 Cart

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals

‹ Back to search results for ""under the weather""

EasyGoProducts

# Climate Capsule Sports Shelter – The Weather Tent You Sit Under Sports Pod – Patent Pending

4 customer reviews

Price: $79.00 | **Fast, FREE Shipping** with Amazon Prime

Only 1 left in stock.

**Want it tomorrow, Jan. 11?** Order within **6 hrs 3 mins** and choose **One-Day Shipping** at checkout. Details

Sold by EasyGo Products and Fulfilled by Amazon. Gift-wrap available.

Color: **Red**

$79.00 $79.00 $79.00 $79.00 **$79.00**

- Patent pending windproof and water resistant collapsible sports shelter – sit under sports pod for protection from the weather tent
- Sports Tent – Soccer Shelter – Football Shelter – Single Person Pod
- Folding tent measures 18" round when folded. Transports easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.
- Enclosed outdoor canopy pod stands at 5 feet tall by 3 feet wide (square)
- 100% SATISFACTION GUARANTEED – We are so confident that you will like the Climate Capsule that if you return it within 30 days, we will give you a full refund on the product price. Try it, we know you will like it!

**New** (1) from $79.00 & FREE shipping. Details

Shopping for a Tent?
Use our Tent Buying Guide to find the right one for your needs. >Learn more

Share

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
DEERFIELD, IL 60015

Add to List

Have one to sell?   Sell on Amazon

LIT COOLERS
*LiT Keep your things Cooler Longer with LED lights*

**LiTCoolers Halo 32 Quart Series Cooler TS 400**

Ad feedback

## Customers Who Viewed This Item Also Viewed

Page 1 of 8

Under The Weather Sports Pod Pop-up Tent
19

Leapair Instant Pop-Up Privacy Tent
63
#1 Best Seller in Camping Privacy Shelters

Directors Chair – Camping Chair – Folding Sports Chair with Side Table and Carry Handle
$69.99

GigaTent Pop Up Pod Changing Room
262
$25.84

$43.98

## Sponsored Products Related To This Item (What's this?)



| Electronic Insect Killer – Sleek, Safe & Effective Indoor/Covered Patio Solution to Eliminate 216 | PestZilla&#8482; Robust UV Electronic Bug Zapper – 20 Watts, Large-area Protection - 86 | American Outland BZ5004 Electronic Indoor Bug Zapper w/ High efficiency UV-A Lamp - 8 | Solarmks MW-0104 Solar Bug Zapper ,with 4 LED UV Bulbs Cordless Security Outdoor 40 | VENSMILE Indoor Fly Killer Mosquito Bug Zapper Electronic Insect Killer with UV Bulb UL 28 | E P Z L |
|---|---|---|---|---|---|
| $29.99 | $29.95 | $29.95 | $17.99 | $18.90 | $ |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Pop Up Soccer Tents** - Your Source For E-Z Up w/ Team Logo 1-to-1 Design Help-Fast Turnaround! — www.buyshade.com/Soccer-Team-Tents

2. **Sports Shelters - Buy Coach Certified Gear** - Offers Wind, Rain & Sun Protection. Add Your Team or Sponsor's Logo! — www.anthem-sports.com/benches/bleachers

3. **Under The Weather - Outdoor** - The Original Spectator Tent For Sports Events — www.undertheweatherpods.com/

Ad feedback

## Special Offers and Product Promotions

Color: **Red**

- Get 0% Intro APR for 21 months on Balance Transfers and Purchases following approval for the **Citi Simplicity® Card**. After that, the variable APR will be 13.24%-23.24%, based on your creditworthiness. New cardmembers only. Card will arrive 5-7 business days after approval. See offer for details. Apply now.

## Technical Details

| Color | Red |
|---|---|
| Package Height | 2.75 x 20.25 x 20.5 inches |
| Shipping Weight | 5.85 pounds |

## Product Description

Stay warm and dry by using your Climate Capsule sports shelter! Our sit under sports pod stays warmer than outside by your own generated body heat and the weather tent also keeps you protected from the rain and wind. The perfect sports tent to take along to all outdoor sporting events that occur during bad weather or even good weather! Soccer Shelter, Football Shelter, Surf Shelter, Hunting Tent – The perfect folding tent to take along to those rainy day games or for that event that is happening on a very windy day. This enclosed outdoor canopy tent has clear windows on three sides makes it easy to view all of the action while sitting in one of your favorite sports chairs. All Three windows open and close as well! Climate Capsule outdoor pop up canopy rain tent stands at 5 feet tall and 3 foot square allowing for use with a variety of styles of tent camping chairs. Climate Capsule has full pocket along the back wall and a pocket along each side wall to hold your personal items and, two drink holders located on the front wall. Remove shelter tent from carry bag and instantly pop up tent for use. Fold collapsible tent back up to carry and store. Folding tent measures 18" round when folded. Makes transportation easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.

## Product Details

Color: **Red**

**Shipping Weight:** 5.8 pounds (View shipping rates and policies)

**ASIN:** B01M2ZII30

**Average Customer Review:**    4 customer reviews

**Amazon Best Sellers Rank:** #16,765 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #15 in Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Tents & Shelters › Camping Shelters › **Sun Shelters**

**Product Warranty:** For warranty information about this product, please **click here**

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates to the product page**?

## Sponsored Products Related To This Item  (What's this?)



Iweibao Portable Folded Pop Up Pod Changing Room Beach Shower Toilet Tent (yellow)
$31.99

Touz Double (2-Person) Parachute Lightweight Portable Nylon Fabric Travel Camping Hiking
45
$21.98

Cheetop Pop Up Pod Toilet Tent Privacy Shelter Tent Camping Shower Potable Outdoor
$46.99

XHSP Kids Child Pod Swing Chair Nook Tent Indoor Outdoor Hanging Seat Hammock,Pink
$49.99

Wenzel Klondike Tent - 8 Person
919
$170.72

$
Ad feedback

---

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

4
3.8 out of 5 stars

| | |
|---|---|
| 5 star | 75% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

See all verified purchase reviews

Share your thoughts with other customers

Write a customer review


Up to $2.50 off coupon
+ Up to 15% off
+ Free Shipping
with Subscribe & Save
SHOP NOW
Ad feedback

### Top Customer Reviews

**We love love love this product**
By Suzanne Kelley on January 6, 2017
Color: Camo
We love love love this product!! It is perfect for outdoor weather!! My son loves to take it everywhere with him. I can't wait to take it to our track and soccer meets! A very great purchase!!

**Customer Images**



Search Customer Reviews

[                    ] [Search]

1 Comment    2 people found this helpful. Was this review helpful to you? [Yes] [No] [Report] abuse

### Great Concept
By Amazon Customer on December 29, 2016

Color: Camo

The Climate Capsule is amazing. Took some practice to fold up but now it's easy. Everyone asks me about my Climate Bubble.

Comment    3 people found this helpful. Was this review helpful to you? [Yes] [No] [Report abuse]

### Climate Capsule is a must have product for sports games
By Amazon Junkie on January 8, 2017

Color: Black

I love my climate capsule. One of the best items I have ever purchased. Everyone asks me about it when I use it at my kids games.

Comment    One person found this helpful. Was this review helpful to you? [Yes] [No] [Report] abuse

### I just received this as a gift from my grandson ...
By stellapie52 on January 5, 2017

Color: Black

I just received this as a gift from my grandson. It was leaking water through the top and bottom. Now we cant fold it. I want to return it but cant put it back in the darn box!

3 Comments    Was this review helpful to you? [Yes] [No]  Report abuse

**See all verified purchase reviews (newest first)**

[Write a customer review]



Quality and Value - 3 in 1 Hammock System

Camping Hammock - Parachute Nylon Deluxe Single With Ripstop - Includes 2-in-...
54
$85.00  $34.99    [Add to Cart]

Ad feedback

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

Case: 1:17-cv-00039-MRB Doc #: 1-7 Filed: 01/13/17 Page: 20 of 35  PAGEID #: 68

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates

Try Prime | All | "under the weather"

Departments | Today's Deals | Gift Cards & Registry | Sell | Help | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

‹ Back to search results for ""under the weather""

EasyGoProducts

# Climate Capsule Sports Shelter – The Weather Tent You Sit Under Sports Pod – Patent Pending

4 customer reviews

Price: $79.00 | **Fast, FREE Shipping** with Amazon Prime

Only 7 left in stock.

**Want it tomorrow, Jan. 11?** Order within **6 hrs 5 mins** and choose **One-Day Shipping** at checkout. Details

Sold by EasyGo Products and Fulfilled by Amazon. Gift-wrap available.

Color: **Green**

$79.00 | $79.00 | $79.00

$79.00 | $79.00

- Patent pending windproof and water resistant collapsible sports shelter – sit under sports pod for protection from the weather tent
- Sports Tent – Soccer Shelter – Football Shelter – Single Person Pod
- Folding tent measures 18” round when folded. Transports easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.
- Enclosed outdoor canopy pod stands at 5 feet tall by 3 feet wide (square)
- 100% SATISFACTION GUARANTEED – We are so confident that you will like the Climate Capsule that if you return it within 30 days, we will give you a full refund on the product price. Try it, we know you will like it!

**New** (1) from $79.00 & FREE shipping. Details

Shopping for a Tent?
Use our Tent Buying Guide to find the right one for your needs. >Learn more

Share

Qty: 1

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
DEERFIELD, IL 60015

Add to List

Have one to sell? Sell on Amazon

LIT COOLERS
*LiT Keep your things Cooler Longer with LED lights*

**LiTCoolers Halo 32 Quart Series Cooler TS 400**

Ad feedback

## Customers Who Viewed This Item Also Viewed

Page 1 of 8

Under The Weather Sports Pod Pop-up Tent
19

Leapair Instant Pop-Up Privacy Tent
63
#1 Best Seller in Camping Privacy Shelters

Directors Chair – Camping Chair – Folding Sports Chair with Side Table and Carry Handle
$69.99

GigaTent Pop Up Pod Changing Room
262
$25.84





$43.98

## Sponsored Products Related To This Item  (What's this?)



| Electronic Insect Killer – Sleek, Safe & Effective Indoor/Covered Patio Solution to Eliminate 216 | PestZilla&#8482; Robust UV Electronic Bug Zapper – 20 Watts, Large-area Protection - 86 | American Outland BZ5004 Electronic Indoor Bug Zapper w/ High efficiency UV-A Lamp - 8 | Solarmks MW-0104 Solar Bug Zapper ,with 4 LED UV Bulbs Cordless Security Outdoor 40 | VENSMILE Indoor Fly Killer Mosquito Bug Zapper Electronic Insect Killer with UV Bulb UL 28 | E P Z L |
|---|---|---|---|---|---|
| $29.99 | $29.95 | $29.95 | $17.99 | $18.90 | $ |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links  (What's this?)

1. **E-Z UP® Sport Tents** — Your Source For PopUp Tents w/ Logo 1-to-1 Design Help. Fast Turnaround — www.buyshade.com/E-Z-Up-Sport-Tents

2. **Sports Shelters - Buy Coach Certified Gear** — Offers Wind, Rain & Sun Protection. Add Your Team or Sponsor's Logo! — www.anthem-sports.com/benches/bleachers

3. **Under The Weather - Outdoor** — The Original Spectator Tent For Sports Events — www.undertheweatherpods.com/

Ad feedback

## Special Offers and Product Promotions

Color: **Green**

- Your cost could be **$29.00 instead of $79.00**! Get a **$50.00** gift card instantly upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

## Technical Details

| Color | Green |
|---|---|
| Package Height | 3 x 20.75 x 21 inches |
| Shipping Weight | 5.75 pounds |

## Product Description

Stay warm and dry by using your Climate Capsule sports shelter! Our sit under sports pod stays warmer than outside by your own generated body heat and the weather tent also keeps you protected from the rain and wind. The perfect sports tent to take along to all outdoor sporting events that occur during bad weather or even good weather! Soccer Shelter, Football Shelter, Surf Shelter, Hunting Tent – The perfect folding tent to take along to those rainy day games or for that event that is happening on a very windy day. This enclosed outdoor canopy tent has clear windows on three sides makes it easy to view all of the action while sitting in one of your favorite sports chairs. All Three windows open and close as well! Climate Capsule outdoor pop up canopy rain tent stands at 5 feet tall and 3 foot square allowing for use with a variety of styles of tent camping chairs. Climate Capsule has full pocket along the back wall and a pocket along each side wall to hold your personal items and, two drink holders located on the front wall. Remove shelter tent from carry bag and instantly pop up tent for use. Fold collapsible tent back up to carry and store. Folding tent measures 18" round when folded. Makes transportation easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.

## Product Details

Color: **Green**

**Shipping Weight:** 5.8 pounds (View shipping rates and policies)

**ASIN:** B01M8KLCXL

**Average Customer Review:**    4 customer reviews

**Amazon Best Sellers Rank:** #16,765 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
        #15 in Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Tents & Shelters › Camping Shelters › **Sun Shelters**

**Product Warranty:** For warranty information about this product, please click here

Would you like to **tell us about a lower price**?

If you are a seller for this product, would you like to suggest updates to the product page?

**Sponsored Products Related To This Item** (What's this?)







| Iweibao Portable Folded Pop Up Pod Changing Room Beach Shower Toilet Tent (yellow) | Touz Double (2-Person) Parachute Lightweight Portable Nylon Fabric Travel Camping Hiking | Cheetoo Pop Up Pod Toilet Tent Privacy Shelter Tent Camping Shower Potable Outdoor | XHSP Kids Child Pod Swing Chair Nook Tent Indoor Outdoor Hanging Seat Hammock,Pink | Wenzel Klondike Tent - 8 Person |
| --- | --- | --- | --- | --- |
| $31.99 | 45 | $46.99 | $49.99 | 919 |
| | $21.98 | | | $170.72 |

Ad feedback



**Customer Questions & Answers**

See questions and answers

**Customer Reviews**

4

3.8 out of 5 stars

| 5 star | 75% |
| --- | --- |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

Share your thoughts with other customers

Write a customer review

See all verified purchase reviews

## Top Customer Reviews

### We love love love this product

By Suzanne Kelley on January 6, 2017

Color: Camo

We love love love this product!! It is perfect for outdoor weather!! My son loves to take it everywhere with him. I can't wait to take it to our track and soccer meets! A very great purchase!!



1 Comment    2 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### Great Concept

By Amazon Customer on December 29, 2016

Color: Camo

The Climate Capsule is amazing. Took some practice to fold up but now it's easy. Everyone asks me about my Climate Bubble.

Comment    3 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### Climate Capsule is a must have product for sports games

By Amazon Junkie on January 8, 2017

Color: Black

I love my climate capsule. One of the best items I have ever purchased. Everyone asks me about it when I use it at my kids games.

Comment    One person found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### I just received this as a gift from my grandson ...

By stellapie52 on January 5, 2017

Color: Black

I just received this as a gift from my grandson. It was leaking water through the top and bottom. Now we cant fold it. I want to return it but cant put it back in the darn box!

3 Comments    Was this review helpful to you?    Yes    No    Report abuse

See all verified purchase reviews (newest first)

Write a customer review

Customer Images

Search Customer Reviews

Search    Ad feedback

    Quality and Value - 3 in 1 Hammock System

Camping Hammock - Parachute Nylon Deluxe Single With Ripstop - Includes 2-in-...
54
$85.00 $34.99    Add to Cart

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
|  | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
|  | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
|  | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
|  | Become an Amazon Vendor |  | Help |

Case: 1:17-cv-00039-MRB Doc #: 1-7 Filed: 01/13/17 Page: 25 of 35  PAGEID #: 73

› See all

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Free Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Deals and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates





Try Prime | All | "under the weather"

Departments | Today's Deals | Gift Cards & Registry | Sell | Help | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

‹ Back to search results for ""under the weather""

EasyGoProducts

# Climate Capsule Sports Shelter – The Weather Tent You Sit Under Sports Pod – Patent Pending

4 customer reviews

Price: $79.00 & **FREE Shipping**

In Stock.

**Get it as soon as Jan. 18 - 25** when you choose **Economy Shipping** at checkout.
Ships from and sold by EasyGo Products.

Color: **Blue**

$79.00 | **$79.00** | $79.00
$79.00 | $79.00

- Patent pending windproof and water resistant collapsible sports shelter – sit under sports pod for protection from the weather tent
- Sports Tent – Soccer Shelter – Football Shelter – Single Person Pod
- Folding tent measures 18” round when folded. Transports easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.
- Enclosed outdoor canopy pod stands at 5 feet tall by 3 feet wide (square)
- 100% SATISFACTION GUARANTEED – We are so confident that you will like the Climate Capsule that if you return it within 30 days, we will give you a full refund on the product price. Try it, we know you will like it!

**New** (1) from $79.00 & FREE shipping.

Shopping for a Tent?
Use our Tent Buying Guide to find the right one for your needs. ›Learn more

Share

Qty: 1

**$79.00** + Free Shipping
In Stock. Sold by **EasyGo Products**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
DEERFIELD, IL 60015

Add to List

Have one to sell? | Sell on Amazon

LIT COOLERS®
*LiT Keep your things Cooler Longer with LED lights*

**LiTCoolers Halo 32 Quart Series Cooler TS 400**

Ad feedback

## Customers Who Viewed This Item Also Viewed

Page 1 of 6

Under The Weather Sports Pod Pop-up Tent
19

Leapair Instant Pop-Up Privacy Tent
63
**#1** Best Seller in Camping Privacy Shelters
$43.98

Directors Chair – Camping Chair – Folding Sports Chair with Side Table and Carry Handle
$69.99

GigaTent Pop Up Pod Changing Room
262
$25.84

EasyGo Shelter - Instant Easy Up Beach Umbrella Tent Sun Sport Shelter
286
$49.77

## Sponsored Products Related To This Item (What's this?)



| Electronic Insect Killer – Sleek, Safe & Effective Indoor/Covered Patio Solution to Eliminate 216 | PestZilla™ Robust UV Electronic Bug Zapper – 20 Watts, Large-area Protection - 86 | American Outland BZ5004 Electronic Indoor Bug Zapper w/ High efficiency UV-A Lamp - 8 | Solarmks MW-0104 Solar Bug Zapper ,with 4 LED UV Bulbs Cordless Security Outdoor 40 | VENSMILE Indoor Fly Killer Mosquito Bug Zapper Electronic Insect Killer with UV Bulb UL 28 | E P Z L |
|---|---|---|---|---|---|
| $29.99 | $29.95 | $29.95 | $17.99 | $18.90 | $ |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **Under The Weather Tents**   -   Info on **Under The Weather** Tents Get Results from 6 Search Engines!   www.izito.us/Under+The+Weather+Tent

Ad feedback

## Special Offers and Product Promotions

Color: **Blue**

- Your cost could be **$29.00 instead of $79.00**! Get a **$50.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

## Technical Details

| Color | Blue |
|---|---|
| Package Height | 3 x 20.5 x 20.5 inches |
| Shipping Weight | 5.8 pounds |

## Product Description

Stay warm and dry by using your Climate Capsule sports shelter! Our sit under sports pod stays warmer than outside by your own generated body heat and the weather tent also keeps you protected from the rain and wind. The perfect sports tent to take along to all outdoor sporting events that occur during bad weather or even good weather! Soccer Shelter, Football Shelter, Surf Shelter, Hunting Tent – The perfect folding tent to take along to those rainy day games or for that event that is happening on a very windy day. This enclosed outdoor canopy tent has clear windows on three sides makes it easy to view all of the action while sitting in one of your favorite sports chairs. All Three windows open and close as well! Climate Capsule outdoor pop up canopy rain tent stands at 5 feet tall and 3 foot square allowing for use with a variety of styles of tent camping chairs. Climate Capsule has full pocket along the back wall and a pocket along each side wall to hold your personal items and, two drink holders located on the front wall. Remove shelter tent from carry bag and instantly pop up tent for use. Fold collapsible tent back up to carry and store. Folding tent measures 18" round when folded. Makes transportation easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B01M26TTU1

**Average Customer Review:** (4 customer reviews)

**Amazon Best Sellers Rank:** #16,765 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
     #15 in Sports & Outdoors > Outdoor Recreation > Camping & Hiking > Tents & Shelters > Camping Shelters > **Sun Shelters**

**Product Warranty:** For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)



Iweibao Portable Folded Pop Up Pod Changing Room Beach Shower Toilet Tent (yellow)
$31.99

Touz Double (2-Person) Parachute Lightweight Portable Nylon Fabric Travel Camping Hiking
45
$21.98

Cheetop Pop Up Pod Toilet Tent Privacy Shelter Tent Camping Shower Potable Outdoor
$46.99

XHSP Kids Child Pod Swing Chair Nook Tent Indoor Outdoor Hanging Seat Hammock,Pink
$49.99

Wenzel Klondike Tent - 8 Person
919
$170.72

$
Ad feedback



amazon

Settle in to stream shows with Prime Video monthly

Get Started

Ad feedback

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

4

3.8 out of 5 stars

| | |
|---|---|
| 5 star | 75% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

See all verified purchase reviews

Share your thoughts with other customers

Write a customer review

### Top Customer Reviews

Ad feedback

**We love love love this product**

By Suzanne Kelley on January 6, 2017

**Customer Images**

Case: 1:17-cv-00039-MRB Doc #: 1-7 Filed: 01/13/17 Page: 29 of 35  PAGEID #: 77

Color: Camo

We love love love this product!! It is perfect for outdoor weather!! My son loves to take it everywhere with him. I can't wait to take it to our track and soccer meets! A very great purchase!!



1 Comment    2 people found this helpful. Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

**Search Customer Reviews**

[                    ] [ Search ]

### Great Concept

By Amazon Customer on December 29, 2016

Color: Camo

The Climate Capsule is amazing. Took some practice to fold up but now it's easy. Everyone asks me about my Climate Bubble.

Comment    3 people found this helpful. Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

### Climate Capsule is a must have product for sports games

By Amazon Junkie on January 8, 2017

Color: Black

I love my climate capsule. One of the best items I have ever purchased. Everyone asks me about it when I use it at my kids games.

Comment    One person found this helpful. Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

### I just received this as a gift from my grandson ...

By stellapie52 on January 5, 2017

Color: Black

I just received this as a gift from my grandson. It was leaking water through the top and bottom. Now we cant fold it. I want to return it but cant put it back in the darn box!

3 Comments    Was this review helpful to you?    [ Yes ] [ No ]    Report abuse

**See all verified purchase reviews (newest first)**

[ Write a customer review ]

 Quality and Value - 3 in 1 Hammock System       Camping Hammock - Parachute Nylon Deluxe Single With Ripstop - Includes 2-in-...
54
$85.00  $34.99     [ Add to Cart ]

Ad feedback

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates





Try Prime | All | "under the weather"

Departments | Today's Deals | Gift Cards & Registry | Sell | Help | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

‹ Back to search results for ""under the weather""

EasyGoProducts

# Climate Capsule Sports Shelter – The Weather Tent You Sit Under Sports Pod – Patent Pending

4 customer reviews

Price: $79.00 | **Fast, FREE Shipping** with Amazon Prime

Only 1 left in stock.

**Want it tomorrow, Jan. 11?** Order within **6 hrs 1 min** and choose **One-Day Shipping** at checkout. Details

Sold by EasyGo Products and Fulfilled by Amazon. Gift-wrap available.

Color: **Red**

$79.00 | $79.00 | $79.00 | $79.00 | **$79.00**

- Patent pending windproof and water resistant collapsible sports shelter – sit under sports pod for protection from the weather tent
- Sports Tent – Soccer Shelter – Football Shelter – Single Person Pod
- Folding tent measures 18" round when folded. Transports easier than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.
- Enclosed outdoor canopy pod stands at 5 feet tall by 3 feet wide (square)
- 100% SATISFACTION GUARANTEED – We are so confident that you will like the Climate Capsule that if you return it within 30 days, we will give you a full refund on the product price. Try it, we know you will like it!

**New** (1) from $79.00 & FREE shipping. Details

Shopping for a Tent?
Use our Tent Buying Guide to find the right one for your needs. ›Learn more

Share

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
DEERFIELD, IL 60015

Add to List

Have one to sell? Sell on Amazon

LIT COOLERS

*LiT Keep your things Cooler Longer with LED lights*

**LiTCoolers Halo 32 Quart Series Cooler TS 400**

Ad feedback

## Customers Who Viewed This Item Also Viewed

Page 1 of 8

Under The Weather Sports Pod Pop-up Tent
19

Leapair Instant Pop-Up Privacy Tent
63
#1 Best Seller in Camping Privacy Shelters

Directors Chair – Camping Chair – Folding Sports Chair with Side Table and Carry Handle
$69.99

GigaTent Pop Up Pod Changing Room
262
$25.84

$43.98

**Sponsored Products Related To This Item** (What's this?)



Electronic Insect Killer –
Sleek, Safe & Effective
Indoor/Covered Patio
Solution to Eliminate
216

$29.99

PestZilla&#8482; Robust
UV Electronic Bug
Zapper – 20 Watts,
Large-area Protection -
86

$29.95

American Outland
BZ5004 Electronic Indoor
Bug Zapper w/ High
efficiency UV-A Lamp -
8

$29.95

Solarmks MW-0104 Solar
Bug Zapper ,with 4 LED
UV Bulbs Cordless
Security Outdoor
40

$17.99

VENSMILE Indoor Fly
Killer Mosquito Bug
Zapper Electronic Insect
Killer with UV Bulb UL
28

$18.90

E
P
L

$

Ad feedback

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

1. **Pop Up Soccer Tents** ⎘    -    Your Source For E-Z Up w/ Team Logo 1-to-1
   Design Help-Fast Turnaround!    www.buyshade.com/Soccer-Team-Tents

2. **Sports Shelters - Buy Coach Certified Gear** ⎘    -    Offers Wind, Rain & Sun Protection. Add Your
   Team or Sponsor's Logo!    www.anthem-sports.com/benches/bleachers

3. **Under The Weather - Outdoor**    -    The Original Spectator Tent For Sports Events    www.undertheweatherpods.com/

Ad feedback

## Special Offers and Product Promotions

Color: **Red**

- Get 0% Intro APR for 21 months on Balance Transfers and Purchases following approval for the **Citi Simplicity® Card**. After that, the variable
  APR will be 13.24%-23.24%, based on your creditworthiness. New cardmembers only. Card will arrive 5-7 business days after approval. See
  offer for details. Apply now.

## Technical Details

| Color | Red |
| --- | --- |
| Package Height | 2.75 x 20.25 x 20.5 inches |
| Shipping Weight | 5.85 pounds |

## Product Description

Stay warm and dry by using your Climate Capsule sports shelter! Our sit under sports pod stays warmer than outside by your own
generated body heat and the weather tent also keeps you protected from the rain and wind. The perfect sports tent to take along to all
outdoor sporting events that occur during bad weather or even good weather! Soccer Shelter, Football Shelter, Surf Shelter, Hunting Tent –
The perfect folding tent to take along to those rainy day games or for that event that is happening on a very windy day. This enclosed
outdoor canopy tent has clear windows on three sides makes it easy to view all of the action while sitting in one of your favorite sports
chairs. All Three windows open and close as well! Climate Capsule outdoor pop up canopy rain tent stands at 5 feet tall and 3 foot square
allowing for use with a variety of styles of tent camping chairs. Climate Capsule has full pocket along the back wall and a pocket along each
side wall to hold your personal items and, two drink holders located on the front wall. Remove shelter tent from carry bag and instantly pop
up tent for use. Fold collapsible tent back up to carry and store. Folding tent measures 18" round when folded. Makes transportation easier
than a large party tent or outdoor canopy tent – comes with carry bag and shoulder strap.

## Product Details

Color: **Red**

**Shipping Weight:** 5.8 pounds (View shipping rates and policies)

**ASIN:** B01M2ZII30

**Average Customer Review:**     4 customer reviews

**Amazon Best Sellers Rank:** #16,765 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #15 in Sports & Outdoors › Outdoor Recreation › Camping & Hiking › Tents & Shelters › Camping Shelters › **Sun Shelters**

**Product Warranty:** For warranty information about this product, please **click here**

Would you like to **tell us about a lower price**?
If you are a seller for this product, would you like to **suggest updates to the product page**?

## Sponsored Products Related To This Item (What's this?)



| Iweibao Portable Folded Pop Up Pod Changing Room Beach Shower Toilet Tent (yellow) | Touz Double (2-Person) Parachute Lightweight Portable Nylon Fabric Travel Camping Hiking | Cheetop Pop Up Pod Toilet Tent Privacy Shelter Tent Camping Shower Potable Outdoor | XHSP Kids Child Pod Swing Chair Nook Tent Indoor Outdoor Hanging Seat Hammock,Pink | Wenzel Klondike Tent - 8 Person |  |
|---|---|---|---|---|---|
| $31.99 | 45 | $46.99 | $49.99 | 919 |  |
|  | $21.98 |  |  | $170.72 |  |

Ad feedback

---

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

4

3.8 out of 5 stars

| 5 star | 75% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

See all verified purchase reviews

### Top Customer Reviews

**We love love love this product**
By Suzanne Kelley on January 6, 2017
Color: Camo
We love love love this product!! It is perfect for outdoor weather!! My son loves to take it everywhere with him. I can't wait to take it to our track and soccer meets! A very great purchase!!

Share your thoughts with other customers

Write a customer review



Up to $2.50 off coupon
+ Up to 15% off
+ Free Shipping
with Subscribe & Save

SHOP NOW

Ad feedback

**Customer Images**



Search Customer Reviews

1 Comment          2 people found this helpful. Was this review helpful to you?    Yes   No   Report
abuse

**Great Concept**

By Amazon Customer on December 29, 2016

Color: Camo

The Climate Capsule is amazing. Took some practice to fold up but now it's easy. Everyone asks me about my Climate Bubble.

Comment          3 people found this helpful. Was this review helpful to you?    Yes   No   Report abuse

**Climate Capsule is a must have product for sports games**

By Amazon Junkie on January 8, 2017

Color: Black

I love my climate capsule. One of the best items I have ever purchased. Everyone asks me about it when I use it at my kids games.

Comment          One person found this helpful. Was this review helpful to you?    Yes   No   Report abuse

**I just received this as a gift from my grandson ...**

By stellapie52 on January 5, 2017

Color: Black

I just received this as a gift from my grandson. It was leaking water through the top and bottom. Now we cant fold it. I want to return it but cant put it back in the darn box!

3 Comments          Was this review helpful to you?    Yes   No   Report abuse

**See all verified purchase reviews (newest first)**

Write a customer review



Quality and Value - 3 in 1 Hammock System

Camping Hammock - Parachute Nylon Deluxe Single With Ripstop - Includes 2-in-...
54
$85.00  $34.99          Add to Cart

Ad feedback

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

Case: 1:17-cv-00039-MRB Doc #: 1-7 Filed: 01/13/17 Page: 35 of 35  PAGEID #: 83

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates